## Exhibit A to the Complaint

**Location:** Glen Cove, NY  
**Total Works Infringed:** 28

**IP Address:** 71.167.185.31  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806<br>File Hash: 9BB4B80B2874773C608A5E46747FAC0F93629D1C9636ED6CF313EA61221E810D | 03-29-2022 08:26:53 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 2 | Info Hash: DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5<br>File Hash: 8F50BCF41DEEA9CB475E77E05BFE90341DA3F03214D1506CC7B08009A850E053 | 03-29-2022 06:44:56 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 3 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 03-29-2022 06:38:06 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 4 | Info Hash: 99CA02602A2E66B687F9268E8EB1A347D5E3400A<br>File Hash: B5493A9D95EC55F89AD2FC50FF30B82C9CF69CF0A547E3960D95C3E36C4FE904 | 03-22-2022 22:55:46 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 5 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 03-03-2022 17:14:08 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 6 | Info Hash: 11A4E054DDCAD79D6BA40150EDD36C6EB5CC02D6<br>File Hash: A363FF7BD8EBCA77228BF857CDB02785F79E3C6A4497F1AF980A34FDE09FBFF2 | 02-28-2022 19:24:02 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 7 | Info Hash: F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2<br>File Hash: 9A63B663DD43205E88F862BBC956987D0E51AE9C368621C6C3BEC154DFE58488 | 02-24-2022 22:24:38 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 8 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash: 57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 02-12-2022 04:22:23 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 02-12-2022 04:21:48 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 10 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash: DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 02-12-2022 04:19:20 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 11 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 02-12-2022 04:19:17 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 12 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 02-10-2022 19:19:45 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 13 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02-10-2022 19:18:38 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 14 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-10-2022 05:11:36 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 15 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 02-10-2022 05:09:55 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 16 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 02-10-2022 05:06:41 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 17 | Info Hash: 69402826E0A56F028FC14960C54B6DECD6B1885F<br>File Hash: B10B9C25B2F89FB4732352FF11A009A23D41E6857CD6276EE6178B31AA2CC83B | 02-10-2022 04:53:52 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash: F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 02-10-2022 04:53:46 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 19 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash: 03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 02-10-2022 04:49:05 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 20 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 02-09-2022 18:46:27 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 21 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02-02-2022 05:34:05 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 22 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 01-27-2022 08:43:37 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 23 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash: FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01-24-2022 21:18:58 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 24 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 01-22-2022 07:34:01 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 25 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-20-2022 04:08:21 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 26 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744<br>File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 01-16-2022 07:23:38 | Blacked | 01-25-2019 | 02-22-2019 | PA0002155136 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D004FE4CC187D0709C94955D8BF728C72E039D05<br>File Hash: 5318278A278B15F873F44A895D3904596248BD42E867C274AFC17AB019433365 | 01-15-2022 02:21:51 | Blacked Raw | 05-22-2018 | 07-14-2018 | PA0002128073 |
| 28 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 01-15-2022 02:16:51 | Blacked Raw | 02-16-2019 | 03-11-2019 | PA0002158595 |